IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAURIA A. RUBIN-CYPRESS, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-2526 |
| THE INSTITUTE FOR REHABILITATION & RESEARCH, | § § § § | |
| Defendant. | § | |

**ORDER**

The motion to quash, (Docket Entry No. 5), is granted because the subpoena is overbroad and prematurely . The discovery sought will be addressed at the Rule 16 Conference set for **November 19, 2010**.

SIGNED on September 10, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge