IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAURIA A. RUBIN-CYPRESS, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-2526 |
| THE INSTITUTE FOR REHABILITATION & RESEARCH, | § § § § | |
| Defendant. | § | |

## ORDER

Counsel for the plaintiff, Tracie Jackson, moved to withdraw as the attorney of record for the plaintiff, Lauria Rubin-Cypress.  (Docket Entry No. 10).  The motion to withdraw is granted. The plaintiff and counsel for the defendant must appear at the initial pretrial and scheduling conference set for **November 22, 2010, at 2:00 p.m.** The conference set for November 19, 2010 is reset to November 22, 2010.

SIGNED on October 13, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge